IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **EDGAR REYNA**, <br><br>    Plaintiff, <br><br> v. <br><br> **EPIROC DRILLING SOLUTIONS, LLC.,** <br><br>    Defendant. | Civ. Action No. 3:23-cv-01005-X |

### APPENDIX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

Pursuant to Local Rules 7.1(i) and 56.6(b), Plaintiff submits the foregoing Appendix of Evidence in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment Plaintiff's Opposition relies upon, and requests the Court take judicial notice of the foregoing evidence.

| Exhibit Id. | Description | Appx. Start | Appx. End |
|---|---|---|---|
| A | Reyna Deposition Transcript | 1 | 325 |
| B | Gudgel Deposition Transcript | 326 | 368 |
| C | Chung Deposition Transcript | 369 | 408 |
| D | Buttacavoli Deposition Transcript | 409 | 462 |
| E | Tyson Deposition Transcript | 463 | 525 |

| F | Witness Statements | 526 | 537 |
|---|---|---|---|
| G | EEOC Charges | 538 | 547 |
| H | Complaints made to HR | 548 | 574 |
| I | Complaint made to Corporate | 575 | 577 |
| J | Def's MSJ | 578 | 633 |
| K | Offer Letter | 634 | 634 |
| L | Ex. 13 of Gudgel's Dep. - Epiroc 559-560, Native format | 635 | 636 |
| M | Ex. 14 Gugdel's Dep. – Epiroc 559 | 637 | 637 |
| N | Reyna 01-24-2022 Note | 638 | 638 |
| O | EEOC Rebuttal | 639 | 643 |
| P | J. Gudgel email sent to himself dated 06-03-2022- Epiroc 573 | 644 | 644 |
| Q | J. Gudgel email to A. Tyson - Epiroc 614 | 645 | 645 |
| R | Pltf's Amended Complaint | 646 | 661 |
| S | G. Casarez email to M. Buttacavoli, dated 11-01-2022, - Epiroc 473 | 662 | 662 |
| T | P.Chung email to T.Tyler and M. Buttacavoli, dated 04-23-2022 - Epiroc 300 | 663 | 663 |
| U | Peter Chung Statement - Epiroc 536-537 | 664 | 665 |
| V | HR email to E. Reyna re: returning to work, Epiroc 486-487 | 666 | 667 |
| W | EO and Anti- Harassment Policy | 668 | 673 |
| X | Acknowledgement receipt – Anti- Harassment Policy | 674 | 674 |
| Y | Email re: Training, dated 2-26-2019 | 675 | 675 |
| Z | E.Reyna 000177 – Audio file | 676 | 676 |
| AA | E. Reyna 000179 – Audio file | 677 | 677 |
| BB | E. Reyna 000180 – Audio file | 678 | 678 |
| CC | E. Reyna 000201 – Audio file | 679 | 679 |
| DD | E. Reyna 000184 - Audio file | 680 | 680 |
| EE | E. Reyna 000185 - Audio file | 681 | 681 |

| FF | Edgar Reyna Declaration | | |
|---|---|---|---|
| GG | Lisa Ventress Declaration | | |

Respectfully Submitted

*By:/s/ Lisa Ventress*
Lisa Ventress
THE VENTRESS FIRM, P.C.
1322 Space Park Drive, Suite C222
Houston, Texas  77058
Telephone: 832.240.4365
lisa@theventressfirm.com

_____
Kyla Gail Cole
Texas Bar No. 24033113
Neill Legler Cole PLLC
3141 Hood Street, Ste. 200
Dallas, Texas 75219
(214) 748-7777
(214) 748-7778 (facsimiles)
christine@nlcemployeelaw.com
jane@nlcemployeelaw.com
kyla@nlcemployeelaw.com

**ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

On August 29, 2024, a true and correct copy of the foregoing document was served via the court's e-filing system, on all counsel of record, including:

EVA W. TURNER
eva.turner@ogletree.com
JAMIE ASHTON
Texas State Bar No. 24087211
jamie.ashton@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
8117 Preston Road, Suite 500
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927 (Fax)
**ATTORNEYS FOR DEFENDANT**

>*/s/ Lisa Ventress*
>Lisa Ventress